Certificate Number: 03088-PAE-DE-037470018

Bankruptcy Case Number: 23-10662



03088-PAE-DE-037470018

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2023, at 6:59 o'clock PM CDT, Charles La Fontaine completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 30, 2023

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor